UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** April 24, 2019 (Time: 12 minutes)        **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-19-45-PJH-1
             CR-19-45-PJH-2

**Case Name:**   UNITED STATES   v. LINDA NGUYEN (PRESENT) (INT)
                 UNITED STATES   v. GEORGE DAVID (NOT PRESENT)

**Attorney for Plaintiff:**   Christopher Viera
**Attorney for Defendant:**   No Appearance (Nguyen)
                              Robert Beles (David)

**Deputy Clerk:** Kelly Collins        **Court Reporter:** Raynee Mercado

**Interpreter:** Hong Ha (Vietnamese)

**PROCEEDINGS**

Status Conference - Held.

Counsel for defendant David (02) waives defendant's appearance for this hearing.  Counsel informs the Court that he believes there are competency issues with the defendant he needs to explore.  Counsel has set up an appointment and requests a continuance, so the doctor can prepare an assessment and possible report on the defendant's competency.   The government has concerns going forward with the case without more information regarding the defendant's competency as there may be mitigation issues going forward even if the defendant is found competent.  The Court grants defendant's request for a continuance.  Time is excluded between 4/24/2019 and 6/12/2019 for effective preparation of counsel. The government shall prepare an order regarding exclusion of time.

No appearance by counsel for defendant Nguyen (01).  Ms. Nguyen informed the Court that she has retained a new attorney, Robert Pave, and does not know why he did not appear for the hearing.  Mr. Pave has not made an appearance in this case.  Case is continued to 5/1/2019 at 9:30 a.m. before Magistrate Judge for I.D. of Counsel.

**CASE CONTINUED TO:**
**6/12/2019 at 1:30 p.m. for Further Status Conference for defendant George David.**

-------------------------------------------------------------------------------------------------------------------

**EXCLUDABLE DELAY:** Category Begins 4/24/19 Ends 6/12/19

-------------------------------------------------------------------------------------------------------------------


cc:  chambers