STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTOPHER D. VIEIRA (CABN 273781)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7301
    FAX: (415) 436-7234
    Christopher.Vieira@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 19-CR-00045-PJH |
| Plaintiff, | NOTICE OF DISMISSAL AND [PROPOSED] ORDER |
| v. | |
| GEORGE DAVID, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against George David.

DATED: March 27, 2022

                                                  Respectfully submitted,

                                                  STEPHANIE M. HINDS
                                                  United States Attorney

                                                  */s/ Thomas A. Colthurst*

                                                  THOMAS A. COLTHURST
                                                  Chief, Criminal Division

|   |   |
|---|---|
| 1 | **[ PROPOSED ] ORDER** |
| 2 | Leave is granted to the government to dismiss the indictment against George David. |

Date: March 29, 2022



HON. ~~PHYLLIS J.~~ HAMILTON
Senior ~~United States~~ District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

NOTICE OF DISMISSAL
No. 19-CR-00045 PJH                                                                              v. 8/4/2021